1  Mark C. Gabel (CA State Bar No. 253729)
   Email: markg@gabel-law-firm.com
2  GABEL LAW FIRM, P.C.
   1 Embarcadero Center, Suite 500
3  San Francisco, CA  94111
   Telephone:  628-231-2227
4  Facsimile:   415.276.3239

5  Attorneys for Plaintiff
   CARLOS DOMINGUEZ

6

7

8                 **IN THE UNITED STATES DISTRICT COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10                       **WESTERN DIVISION**

11 CARLOS DOMINGUEZ, an individual,   ) Case No. 2:16-cv-6576 MRW
                                      )
12            Plaintiff,              ) **PLAINTIFF'S REQUEST FOR**
                                      ) **DISMISSAL PURSUANT TO**
13        v.                          ) **NEGOTIATED SETTLEMENT**
                                      ) **AND ORDER**
14 JO-ANN STORES, LLC, a limited      )
15 liability company.                 ) **Fed. R. Civ. Proc. 41(a)(2)**
                                      )
16            Defendant.              ) Case Filed:          August 31, 2016
                                      )
17 _____  )

18

19

20

21

22

23

24

25

26

27

28

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL:**

Under Federal Rule of Civil Procedure 41(a)(2), Plaintiff CARLOS DOMINGUEZ, acting through counsel, and in consideration of a negotiated settlement between the parties, requests the voluntary dismissal with prejudice of this lawsuit, including all claims stated in it against all Defendants, with costs and attorney's fees to be allocated according to the terms of the settlement and without the need for any further action by this Court.

DATED: March 7, 2018

GABEL LAW FIRM, P.C.

By: ___/s/ Mark C. Gabel_____
     Mark C. Gabel

Attorneys for
PLAINTIFF CARLOS DOMINGUEZ

# [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's Request for Dismissal is granted. This entire action, including all claims stated in it against all Defendants, is dismissed with prejudice.

DATED: _3/8/2018_____

_____
Hon. Michael R. Wilner
Magistrate Judge
United States District Court